From: Massoud Heidary
121 Central Avenue,
Gaithersburg, Md 20877

USDC - GREENBELT
'25 APR 3 PM 12:15

HD

To:
6500 Cherrywood Lane
Greenbelt, MD 20770

Rcv'd by: _____

Regarding: My complaint            April 2, 2025

Dear Honorable Sir/Madam:

I am writing to file my complaints with your respected office about my loss of business and property located at 303 South Frederick Avenue, Gaithersburg, Md 20877. I am a 77 years old man with 50 years of hard work experience in this great county, which as a citizen I am very proud of.

I am filing this complaint to your honorable office to get your assistance to get a fair judgement on my disputes with the City of Gaithersburg and Montgomery County who unjustly have possessed my property located at the above address. I filed a complaint with special appeal court of Maryland as stated here. My first complaint to their office was the removal of the settlement conference which was done on 12/09/2021 (the case supposed to go to settlement with Jury trial); this removal was done in spite of the order of Court of Special Appeals to go forward.

My second complaint is that the City of Gaithersburg and Montgomery County converted my case number 484817-v to three different cases (which caused me a problem, because at the same time, it is not permitted to have three cases in the special appeal court). Dividing a case to three different cases resulted in a situation where the timing issue for each case become a problem. Montgomery County claimed that I didn't file my response on a timely manner, whereas according to original case, before splitting, my response was on time. Separating my case to three different cases created a gap between the timing, whereas the original case didn't have this problem.

As a result of their unjust actions, they took possession of my property located at the above address without any compensation to me; and now the City of Gaithersburg has my property.

At the age of 77, with the stress which has been generated by this case, with heart problems, I am very much in desperate help from your good offices. I request your good offices to look into my complaint, because I am on the verge of being very poor and seeking welfare assistant after 50 years of hard work as a businessman and inventor. I worked so hard and registered four patents in the field of electrical engineering (copies attached). Looking forward to hear from your good offices.

1. Attached please find copies of my correspondences and tax payments to Montgomery County.
2. Attached please find copies of my communication with the Department of Assessment and Taxation
3. Attached Please find certificate of the service form to Montgomery County and the City of Gaithersburg
4. Attached please find copies of all other communications (each year) with related parties including Montgomery County, City of Gaithersburg and Paradise Point LLC
5. Attached please find copies of my credentials as a certified electrician, inventor and other accomplishments.

As I stated I am desperately in the need of your assistance to receive a fair and just ruling on my case. I hate to see myself to end up on well fair roll after so many years of hard work in this great community. My American dream has gone to a feeling of desperation and disappointment.

Best Regards:

*[signature]*
Massoud Heidary