

> HVAC/R Performance Products
> Indoor Air Quality Products
> Training / Certifications

09/24/2015

MASSOUD HEIDARY
121 CENTRAL AVE
GAITHERSBURG, MD  20877

Thank you for choosing Mainstream Engineering Corporation for your HVAC Certification needs. As you may already know, Mainstream offers a wide variety of additional HVAC certifications at www.epatest.com  All of the manuals and software at this web site are free.

- Green HVAC/R Technician - Training and certification in Green HVAC/R Technician techniques including: energy audits; energy-saving equipment; system design, installation, and servicing; hazardous chemical handling; and the financial and environmental incentives for energy conservation.

- R-410A - Free training and **free certification** in R-410A refrigerant service techniques including: installing new units, evacuation requirements, storage requirements, safety requirements, HCFC phase-out scheduling, and answers to frequently asked questions.

- Indoor Air Quality - Training and certification in Indoor Air Quality including information on: implementing Indoor Air Quality improvements and servicing, adjusting, inspecting, and cleaning the HVAC network of ducting, heat exchangers, condensate pans, humidifiers and blowers.

- Preventative Maintenance - Free training and **free certification** in preventative maintenance services including: acid and moisture detection, acid removal, water removal, compressor maintenance, coil maintenance, proper refrigeration charging techniques, advanced diagnosis, and leak testing procedures.

Sincerely,

Missy Tucker
Customer Service
Mainstream Engineering Corporation
(800) 866-3550

Certificate No. 244

# Fairfax County, Virginia

## ELECTRICAL CONTRACTOR CERTIFICATE

### This is to Certify that

NAME _____ M & H IMPROVEMENTS & CONSTRUCTION, INC. _____

ADDRESS _____ 934 Ellsworth Drive, Silver Spring, Maryland    20910 _____

NAME OF MASTER ELECTRICIAN    Massoud Heidary                CERT. NO. _____ 244 M

HAS QUALIFIED AS AN ELECTRICAL CONTRACTOR, SUBJECT TO THE RULES AND REGULATIONS OF THE FAIRFAX COUNTY (VIRGINIA) ELECTRICAL CODE ADOPTED BY THE BOARD OF SUPERVISORS OF FAIRFAX COUNTY, AT ITS REGULAR MEETING, September 10, 1979, and as amended.

THIS CERTIFICATE EXPIRES MARCH 1, 19 82, UNLESS SOONER REVOKED OR DULY RENEWED.

## THIS CERTIFICATE IS NOT TRANSFERABLE

_____
Building Official

_____
For the Electrical Examiners

EMEI-20 (Rv.1/81)

M & H Constr.
844 Rockville Pike
Rockville, MD 20852
T (301) 424-0000 - Fax (301) 217-0007



## Circuit Court for Montgomery County, Maryland
## Office of the Assignment Commissioner
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

June 1, 2021

# Notice of Hearing Date
( 437)

Case# 484817-V        MASSOUD HEIDARY vs. MONTGOMERY COUNTY, ET AL

This is to notify you that the above entitled case has been set for the events indicated.

| Event Date | Time | Description | Length |
|---|---|---|---|
| 07/20/2021 | 10:00 AM | MOTION TO DISMISS (#12) | 30 Minutes |

This proceeding is subject to a 30 minute time limit under Maryland Rule 16-201.  If this is the first time this matter has been scheduled, it may be rescheduled by a letter of agreement within 15 days of the date of this notice.  A Motion for Postponement is required for all other requests.
**Please consult the monitors on the lobby level for your courtroom assignment.**
Handicap parking for the Montgomery County Circuit Court is located along Maryland Avenue near its intersection with Courthouse Square.
**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibi in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all time unless the court expressly grants permission in a specific instance.

```
MASSOUD HEIDARY
121 CENTRAL AVENUE
GAITHERSBURG MD 20877
```



**Circuit Court for Montgomery County, Maryland**
**Office of the Assignment Commissioner**
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

April 22, 2021

## Notice of Removal of Hearing Date
( 778)

Case# 484817-V         MASSOUD HEIDARY vs. MONTGOMERY COUNTY, ET AL

Please be advised that the following events have been removed from the Court's calendar

**Event Date**   **Time**   **Description**                    **Length**
12/09/2021  02:00 PM  SETTLEMENT CONF. (RET. JUDGE)

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohi
in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for takir
recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all t
unless the court expressly grants permission in a specific instance.

MASSOUD HEIDARY
121 CENTRAL AVENUE
GAITHERSBURG MD 20877

CIRCUIT COURT FOR _MNDCOHARY_____, MARYLAND

*City/County*

Located at _____ Case No. _484817−V_

*Court Address*

_MASSOUD HEIDARY_ vs. _CITY GAIHESBURG_

Plaintiff

_10 CENTRAL AVE_

Address

_GAITHBURG    301 633 1115_

City, State, Zip    Telephone

_____    _____

E-mail

Defendant

_____

Address

_____    _____

City, State, Zip    Telephone

_____

E-mail

## FORM 22. NOTICE OF APPEAL
### (Md. Rule 8-201)

_MASSOUD HEIDARY_ notes an appeal to the Court of Special Appeals in the

Appealing party's name

above-captioned action.

_12/15/2021_

Date

**RECEIVED**

DEC 15 2021

Clerk of the Circuit Court
Montgomery County, Md.

_____    _____

Signature of Appealing Party/Attorney    CPF ID No.

_MASSOUD HEIDARY_

Printed Name

_10 CENTRAL AVE_

Address

_GAITHESBURG MD 20877_

City, State, Zip

_301 633 1114_    _____

Telephone    Fax

_MASSOUD HEIDARY@YAHOO.C_

E-mail

### CERTIFICATE OF SERVICE

I certify that I served a copy of this notice upon the following party or parties by ☐ electronic filing
☐ hand delivery ☒ mailing first-class mail, postage prepaid on _12/16/2021_ to:

Date

_CITY GAITHESBURG_    _GAITHESBURG MD 20877_

Name    Address

_GAITHOSBURG_

City, State, Zip

_____    _7305 PARKWAY DR_

Name    Address

_HANOVER MD 21076_

City, State, Zip

_12/16/2021_    _____

Date    Signature of Party Serving

CC-097 (03/2021)



**Barbara H. Meiklejohn**
**Clerk of the Circuit Court for Montgomery County, Maryland**
50 Maryland Avenue
Rockville, Maryland 20850-2397
February 19, 2021

RE:  Notice of New Case Number for
     MASSOUD HEIDARY vs MONTGOMERY COUNTY, ET AL
     Reference Case#: N/A
     Case Type: VIOLATION
                    (836)

Dear Sir/Madam:

     Please be advised that the above referenced case was received on
February 19, 2021, in the office of the Clerk for Montgomery County.
This matter has been assigned case number <u>484817-V</u>.  Please
include this case number on all future papers to be filed in this case.

                              Sincerely,

                              Clerk of the Circuit Court
                              for Montgomery County,
                              Maryland

MASSOUD HEIDARY
121 CENTRAL AVENUE
GAITHERSBURG MD 20877

NEWCASE 02/19/2021 14:10:36

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| MASSOUD HEIDARY | * |
| Plaintiffs | * |
| | * |
| v. | *    Civil No.   484817-V |
| | * |
| PARADISE POINT, LLC, *et. al.* | * |
| Defendants | * |

## ORDER

Upon consideration of the Motion to Extend Time to Respond to Complaint filed by Defendant, Montgomery County, any Opposition thereto, it is this ___10th___ day of ___May___ 2021, by the Circuit Court for Montgomery County, Maryland,

**ORDERED** that Defendant's Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that Defendant Montgomery County, Maryland must file a response to Plaintiff's Complaint on or before May 3, 2021, *DE #12 is deemed timely filed.*

_____
Judge, Circuit Court for Montgomery
County, Maryland

Copies to:   All parties

## ENTERED

**MAY 11 2021**        4

Clerk of the Circuit Court
Montgomery County, Md.

THIS IS A PROPER ORDER
TO BE SIGNED

_____
**SARAH I. MALIK**
SPECIAL MAGISTRATE





Circuit Court for Montgomery County, Maryland
Office of the Assignment Commissioner
50 Maryland Avenue, Room 1003
Rockville, Maryland 20850
(240) 777-9000

April 22, 2021

## Notice of Removal of Hearing Date
( 778)

Case# 484817-V        MASSOUD HEIDARY vs. MONTGOMERY COUNTY, ET AL

Please be advised that the following events have been removed from the Court's calendar:

| Event Date | Time | Description | Length |
|---|---|---|---|
| 12/09/2021 | 02:00 PM | SETTLEMENT CONF. (RET. JUDGE) | |

**Please direct all inquiries to the Assignment Office.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or proh
in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for takin
recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all t
unless the court expressly grants permission in a specific instance.

MASSOUD HEIDARY
121 CENTRAL AVENUE
GAITHERSBURG MD 20877

HEARING.NOTICES  104/22/20

MASSOUD HEIDARY,

        Appellant,

v.

CITY OF GAITHERSBURG,

        Appellee.

\*    IN THE

\*    COURT OF SPECIAL APPEALS

\*    OF MARYLAND

\*    No. 1620 September Term, 2021

\*    MDEC: CSA-REG-1620-2021

\*    (Cir. Ct. No. 484817V)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the appellant's January 27, 2022 "Response to Order to Show Cause," it is this __3rd__ day of February 2022, by the Court of Special Appeals,

ORDERED that this Court's January 12, 2022 Order to Show Cause is satisfied and the appeal shall proceed.[1]



THE CHIEF JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL OF THIS DOCUMENT

Matthew J. Fader, Chief Judge

---

[1] In his response, the appellant states that he has been unable to obtain a copy of his notice of appeal to attach to his Civil Appeal Information Report. The Court has a copy of the notice in the case file.

# Court of Special Appeals

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401-1699

(410)260-1450   WASHINGTON AREA 1-888-200-7444

GREGORY HILTON,
CLERK

## SUMMARY NOTICE

### MASSOUD HEIDARY v. CITY OF GAITHERSBURG

Case Number:  CSA-REG-1620-2021
Circuit Court Number: 484817V
Date:  6/16/2022

Dear Counsel and Parties:

The referenced case shall be decided without oral argument in the July 2022

session.

_____

Gregory Hilton, Clerk

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

MASSOUD HEIDARY                          *

      Plaintiffs                          *

                     *

     v.                          *          Civil No.   484817-V

PARADISE POINT, LLC, *et. al.*                          *

      Defendants                          *

### ORDER

Upon consideration of the Motion to Extend Time to Respond to Complaint filed by Defendant, Montgomery County, any Opposition thereto, it is this __10th__ day of _May_ 2021, by the Circuit Court for Montgomery County, Maryland,

    **ORDERED** that Defendant's Motion be, and the same hereby is, **GRANTED**; and it is further

    **ORDERED** that Defendant Montgomery County, Maryland must file a response to Plaintiff's Complaint on or before May 3, 2021, *DE #12 is deemed timely filed.*

                                   Judge, Circuit Court for Montgomery County, Maryland

Copies to:   All parties

**ENTERED**

MAY 1 1 2021          4

Clerk of the Circuit Court
Montgomery County, Md.

THIS IS A PROPER ORDER
TO BE SIGNED

**SARAH I. MALIK**
SPECIAL MAGISTRATE

Massoud Heidary
121 Central Avenue
Gaithersburg, MD 20877

January 24, 2020

Hon. Robert A. Greenberg.
Administrative Judge
Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, MD 20850

Dear Judge Greenberg:

My name is Massoud Heidary. I was the plaintiff in Case Number 415350V back in 2016. I started the case representing myself but then retained counsel. My attorney, Anthony V. Parker, Esq., entered his appearance on July 22, 2016. On October 6, 2016, my case was dismissed. On October 12, 2016, you sent me a notice of dismissal and that I had a certain amount of time to file a motion to vacate the dismissal.

Because I was represented, I believe that this notice should have gone to Mr. Parker, not to me. Please tell me whether the notice was sent to Mr. Parker, and if not, why not. I think the clerk made a mistake by sending the notice to me.

I also had another related case, against the City of Gaithersburg, Case Numbers 419529V and 430300V. Because that case was going on at the same time, I was unable to meet all deadlines in case 415350V against Montgomery County. Both the case against the City of Gaithersburg and the case against Montgomery County involved the same property.

I would like to spend a few minutes telling you the rest of the story and explaining the mistakes that I think were made in these cases.

Very Truly Yours,

Massoud Heidary

IN THE

COURT OF SPECIAL APPEALS

OF MARYLAND

RECEIVED

APR 1 6 2018

BY COURT OF SPECIAL APPEAL

September Term, 2016

No. 2000

MASSOUD HEIDARY

Appellant,

v.

PARADISE POINT LLC, ET AL.

Appellees.

Appeal from the Circuit Court for Montgomery County
(The Homorable Nelson W. Rupp, Jr.)

APPELLANT'S MOTION

FOR RECONSIDERATION

MASSOUD HEIDARY
121 Central Avenue
Gaithersburg, MD 20877
Phone: xxx-xxx-xxxx
Appellant, *Pro se*

IN THE

COURT OF SPECIAL APPEALS

OF MARYLAND

**RECEIVED**

JUL 1 1 2018

BY COURT OF SPECIAL APPEALS

September Term, 2017

No. 649

MASSOUD HEIDARY

Appellant,

v.

CITY OF GAITHERSBURG

Appellee.

Appeal from the Circuit Court for Montgomery County
(The Honorable Sharon Burrell)

APPELLANT'S MOTION

FOR RECONSIDERATION

MITCHELL J. SHAPIRO, ESQ.
Shapiro & Shapiro, P.C.
1335 Rockville Pike, Suite 220
Rockville, MD 20852
Phone: 301-309-1775
ShapiroPC@aol.com
*Counsel for Appellant*

IN THE

COURT OF SPECIAL APPEALS

OF MARYLAND

<mark>September Term, 2017</mark>

No. 649

MASSOUD HEIDARY

Appellant,

v.

CITY OF GAITHERSBURG

Appellee.

Appeal from the Circuit Court for Montgomery County
(The Honorable Sharon Burrell)

APPELLANT'S MOTION

FOR RECONSIDERATION

MITCHELL J. SHAPIRO, ESQ.
Shapiro & Shapiro, P.C.
1335 Rockville Pike, Suite 220
Rockville, MD 20852
Phone: 301-309-1775
ShapiroPC@aol.com
*Counsel for Appellant*

Attachment #2

MASSOUD HEIDARY
PLAINTIFF

vs.

Case No.: 415350-V

MONTGOMERY COUNTY MARYLAND, ET AL
DEFENDANT

### NOTICE OF DISMISSAL
(1475)

The above-captioned case having been set for a hearing or trial on

October 6th, 2016                  , the court dismissed the case on that date as

follows:

COURT (RUPP, J.) GRANTS DEFENDANT'S PARADISE POINT LLC AND DANSIE &
DANSIE LLP'S MOTION AND MEMORANDUM OF GROUNDS AND AUTHORITIES IN
SUPPORT FOR DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT (DE #13).

You may move to vacate the Dismissal within thirty (30) days of the

date the case was dismissed.

Clerk of the Circuit Court for
Montgomery County, Maryland

**FILED**

## NOTICE

JUN 13 2014

### ORDER OF POSTING

Clerk of the Circuit Court
Montgomery County, Md.

The object of this proceeding is to secure the foreclosure of all rights of redemption in all

that parcel of land situated in Montgomery County, Maryland, designated as DEER PARK

9679/787 located at 303 S FREDERICK AVENUE.

The Complaint states, among other things, that the amounts for redemption have not been

paid, although more than six (6) months and one (1) day from the date of sale has expired.

Pursuant to Maryland Rule 14-503(c) the Plaintiff shall cause the Sherriff of Montgomery

County to post a Notice in a conspicuous place on the property described as:

DEER PARK 9679/787 located at 303 S FREDERICK AVENUE

**IT IS THEREUPON,** this _13_ day of _June_____, 2014, by the Circuit

Court for Montgomery County, Maryland: **ORDERED** that this notice be posted on the property

by the Sheriff _for a period of thirty (30) days_____ , warning all persons

interested in the said property to be and appear in this Court by the _12_ day of

_August_____, 2014, and redeem the property and answer the Complaint, or thereafter a

Judgment will be rendered foreclosing all rights of redemption in the property, and vesting in the

Plaintiff a title, free and clear of all encumbrances.

_Loretta E. Knight_

LORETTA E. KNIGHT
CLERK OF THE CIRCUIT COURT
50 MARYLAND AVENUE
ROCKVILLE, MD 20850-2393

### IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Paradise Point LLC
c/o Lucas I. Dansie                                    Case No. 391038V
406 5th Street NW
Washington, DC 20001

                Plaintiff,

    v.

Massoud Heidary
121 Central Avenue
Gaithersburg, MD 20877

and

Montgomery County, Maryland                    **ENTERED**
Serve: Joseph F. Beach, *Director*
Department of Finance                                  OCT 1 6 2014
255 Rockville Pike, Suite L-15
Rockville, MD 20850                                     **Clerk** of the Circuit **Court**
                                                                       **Montgomery County, Md.**

and

Montgomery County, Maryland
(for Maryland Annotated Code 14-836(b)(1)(v) purposes only)
Serve: Marc P. Hansen, *County Attorney*
Executive Office Building
101 Monroe St., 3rd Floor
Rockville, MD 20850

                Defendants
and

All unknown owners of property described below, their heirs, devisees and personal representatives and their or any of their heirs, devisees, executors, administrators, grantees, assigns, or successors in right, title and interest and any and all persons having or claiming to have an interest in said property which is described as:

    DEER PARK 9679/787 located at 303 S FREDERICK AVENUE



DEPARTMENT OF PERMITTING SERVICES

Isiah Leggett
*County Executive*

May 21st, 2015

Diane R. Schwartz Jone
*Director*

Pepco and Delmarva Power C&I
Energy Savings Program
C/o Lockheed Martin,
9231 Corporate Boulevard,
Rockville, MD 20850

Re: Pepco Trade Ally Network
Pepco C&I Energy Savings Program

To whom it may concern,

On April 13th, 2015 a contractor, who performs electrical work as a member of the Pepco Trade Ally Network, requested to appear before the Montgomery County Board of Electrical Examiners to address issues as to the quality and safety of work being completed by Trade Allies on Pepco's behalf. The contractor informed the Electrical Board that much of the LED replacement work being completed as part of the Energy Savings Program is being done so without permits or inspections. The contactor also raised an issue with the safety of the work itself, specifically as to the gauging of the wiring to the old lighting devices in comparison to the higher voltage LED lighting which can potentially create a fire hazard.

The Electrical Board of Examiners requires an electrical permit to be pulled. The quality of electrical work and the safety of resident's within the county is the Electrical Board and the Department of Permitting Services main priority.

To schedule a time to meet with the Electrical Board of Examiners or if you have any other questions going forward, you may contact the staff liaison (240)-777-6294 from 7:30 a.m. to 4:00 p.m., Monday thru Friday. Thank you for your cooperation in these matters.

Sincerely,

Donald Steinman
Montgomery County Electrical Board
of Examiners Liason Chairman
255 Rockville Pike, 2nd floor
Rockville, MD  20850-4416
http://www.montgomerycountymd.gov/permittingservices/

cc: Diane Schwartz Jones – Permitting Services Director
    Phil Waclawksi – CBO Permitting Services Manager
    Michael Raffael – Senior Commercial Electrical Plan Reviewer
    Adam J. Bigenho – Permit Tech Electrical Board Liason
    Massoud Heidary – M & H Lighting



Massoud Heidary <massoud1.mh@gmail.co

## Pepco Meeting / New Technology for Fixtures

**mavera@pepco.com** <mavera@pepco.com>                              Mon, May 4, 2015 at 3:53
To: Massoud Heidary <massoud1.mh@gmail.com>
Cc: wrellis@pepco.com, mark.l.bailey@lmco.com, kim.a.byk@lmco.com

Mr. Heidary,

Thank you for explaining your innovative wiring solution to improve the safety of LED retrofitted fixtures. We
applaud you for looking to improve practices used in the electrical trades.

Pepco and Delmarva Power are committed to saving energy and costs for our customers with the C&I Energy
Saving Programs. We also are always diligent and focused on safety throughout our business. While we see
potential benefits in your idea, the local building codes, standards and practices are developed and promulgate
through national, state and local groups responsible for the electrical design and construction industry, not the
local utilities.

We recommend that you discuss your idea with lighting manufacturers, electrician unions, Underwriter
Laboratories(UL), and code organizations to identify peers in the field who may be commonly aligned with your
objectives. You have clearly invested a good deal of thought and effort in developing this innovative idea, but w
need to work with the appropriate decision-makers to include this as a product option, installation best practice
or an actual change to a building and electrical code.

When you succeed in commercializing the product we can consider it within the collaborative utility working
group as an installation requirement and make a decision for inclusion in future programs.

Thank you for your participation and innovation!

Manuel Vera

From:    Massoud Heidary <massoud1.mh@gmail.com>
To:      mavera@pepco.com,
Date:    04/30/2015 12:57 PM
Subject: Pepco Meeting / New Technology for Fixtures

[Quoted text hidden]

This Email message and any attachment may contain information that is proprietary, legally privileged,
confidential and/or subject to copyright belonging to Pepco Holdings, Inc. or its affiliates ("PHI"). This Email i
intended solely for the use of the person(s) to which it is addressed. If you are not an intended recipient, or t
employee or agent responsible for delivery of this Email to the intended recipient(s), you are hereby notified
any dissemination, distribution or copying of this Email is strictly prohibited. If you have received this messa
error, please immediately notify the sender and permanently delete this Email and any copies. PHI policies
expressly prohibit employees from making defamatory or offensive statements and infringing any copyright o
other legal right by Email communication. PHI will not accept any liability in respect of such communication

ttp&msg=14d207d9f1d56085&siml=14d207d9f1d56085



# COURT OF SPECIAL APPEALS
## CASE SUMMARY
### CASE NO. CSA-REG-1620-2021

| CASE ASSIGNMENT |
|---|

**MASSOUD HEIDARY v. CITY OF GAITHERSBURG, et al**
Case Type: **Appeal of Civil Case**
CaseStatus: **Open**
Case Financial Balance: **$0.00**

Court Address:
Judicial Officer:
Assigned On: **12/16/2021**
Filed On: **12/16/2021**



**Related Cases**
484817V          Case Appealed

**Cross Reference Numbers**

| EVENTS |
|---|

| | |
|---|---|
| 12/15/2021 | Notice of Appeal - Civil |
| 12/16/2021 | Correspondence |
| 01/12/2022 | Order - Show Cause Issued |
| 01/27/2022 | Answer |
| 01/27/2022 | Civil Information Report |
| 02/03/2022 | Order |
| 02/14/2022 | Order to Proceed |
| 04/14/2022 | Record Received |
| 04/14/2022 | Briefing Notice |
| 05/23/2022 | Appellant Brief |
| | Party Appellant HEIDARY, MASSOUD |
| 06/07/2022 | Appellee Brief |
| | Party Appellee CITY OF GAITHERSBURG |
| 06/16/2022 | Scheduling Notice |
| 06/21/2022 | Order - Show Cause Issued |
| 06/21/2022 | Appellee Brief |
| | Party Appellee Montgomery County, Maryland |

Certificate of Service Form

**RECEIVED**

SEP 2 0 2022

BY THE COURT OF SPECIAL APPEALS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _12_ day of _19_ , 20 _22_ a copy

[month]    [year]

of the foregoing _CERTIFIED MALL RECEIPT_

[name of document]

was served by (check one)

- ☐ 1. hand;
- ☐ 2. first-class mail, postage prepaid;
- ☒ 3. certified mail; or
- ☐ 4. other _____
[specify]

on the following:    [give name(s) and complete addresses of all *parties* in the case, or their attorneys if represented by counsel, to whom the document was served upon]

_MONTGOMERY COUNTY_

_101 MONROE_

_CITY OF GAITHERSBURG_

_31 SOUTH SUMMITE_

_____

_____ [your signature]

_121 CENTRAL AVE_
[your address] _GAITHASBURG_

_MD 20877_

Md. Rules 1-321 & 1-323

Plaintiff:

Massoud Heidary
121 Central Ave
Gaithersburg, MD 20877

Vs.

Montgomery County Gov't Maryland
255 Rockville Pike
Rockville, MD 20850

Paradise Point LLC
406 5th Street NW.
Washington, DC 20001

To whom it may concern:

I Massoud Heidary paid the real estate tax in 2011 for tax year 2011 for the following property: 303 South Frederick Ave, Gaithersburg MD 20877. Due a tree falling on the building, I lost a lot of the documentation that were related to the RE tax. In 2014 I received a letter from the Montgomery County Tax Office that I had not made my payment. Immediately after getting the letter I went to the Montgomery County Maryland Tax Office to rectify this issue. I was instructed by Seth A. Agbeshe that I need to contact Dansie and Dansie LLP as they bought the lein or taxes owed.

After talking to Dansie and Dansie LLP, I immediately sent them a check in the amount of $2,225.28 for the amount they requested (please their letter). I received the release letter from them on July 14th /15th of 2014. This letter stated that I was now able to pay the delinquent taxes.

I took the release letter and all corresponding information to the Montgomery County Tax Office to pay the delinquent RE Taxes. When I spoke to the Montgomery County Rep, I was told that I needed to pay 2011, 2012, 2013 and 2014 Taxes. I told the rep. that I had already paid the 2011 taxes. Then I was instructed that I needed to go to the Baltimore Office to further discuss this with them.

I went to the Assessment and Taxation Office in Baltimore. I spoke with the rep. at the Baltimore Office and I explained to her my situation. She collect my personal information i.e. name, social, address etc. They told me that they would be contact with me. 3 days late I contacted them again, I was instructed to go to the Rockville Office. I went to the Rockville Office. I spoke with them and they said they had to contact Dansie and Dansie - that was Aug 2nd or Aug 3rd. I personally called Dansie and Dansie LLP several times but I got the run around. All they said is we will get back to you. After 3 weeks with no correspondence, I decided to hire an attorney and I was instructed that I / We can file an appeal. This case went to a special appeal. After the appeal decision, I realized what was happening.

Paradise Point LLC and their Attorney Dansie and Dansie LLP are acting in a very deceptive manner. I made every effort to comply with their requests. They knew that I was in need and that I was low on



# MANDATE - STATEMENT OF COSTS
## Court of Special Appeals of Maryland

### CSA-REG-0824-2021

**Massoud Heidary v. Montgomery County, et al**

**Appellant**

| | | |
|---|---|---|
| Massoud Heidary | Notice of Appeal | 50.00 |
| | RPIF | 11.00 |
| | Filing Fee - Lower Court | 61.00 |
| | Brief | 84.48 |
| | Transcript/Stenographer Costs | 38.50 |
| | **Appellant Total** | **244.98** |

**Appellee**

| | | |
|---|---|---|
| Montgomery County | Brief | 90.24 |
| | **Appellee Total** | **90.24** |
| | **Total Costs** | **335.22** |

*STATE OF MARYLAND, ss:*

*I do hereby certify that the foregoing is truly taken from the records and proceedings of the said Court of Special Appeals.*

*In testimony whereof, I have hereunto set my hand as Clerk and affixed the seal of the Court of Special Appeals this 6th day of June, 2022.*

*Greg Hilton*
*Clerk of the Court of Special Appeals of Maryland*

**Costs shown on this Mandate are to be settled between counsel and <u>NOT THROUGH THIS OFFICE.</u>**

MONTGOMERY CO ASSESSMENT OFC
30 WEST GUDE DR, SUITE 400
ROCKVILLE MD 20850-

(240)314-4530

mont@dat.state.md.us



State of Maryland

# DEPARTMENT OF
# ASSESSMENTS AND TAXATION

**ROBERT E. YOUNG**
*Director*

---

09 00836687
HEIDARY MASSOUD
121 CENTRAL AVENUE
GAITHERSBURG MD 20877

Dear Property Owner:

This office is required by law to value real property for assessment purposes every three years. To accomplish this we consider the cost to reproduce or replace the property less depreciation, a comparison and analysis of recent sales of similar properties, and in the case of rental or income-producing properties, a fair and reasonable capitalization of the income attributable to the property.

Under Tax-Property Article, § 8-1 05(b) the Supervisor of Assessments is authorized to collect income and expense information from income producing properties. This information is used in valuing property by the capitalization of income method. To obtain reliable information and to assist in the uniform valuation of incoming-producing properties, you are requested to submit income and expense information for your property, by May 15 of this year. All pertinent information for the property should be entered. Each calendar year's financial data should be separated and entered on the applicable line. Expense items such as payroll and management expenses, apply only to those expenses incurred in the operation of the property (i.e. janitors, maintenance workers, etc.) and not to those costs relating to other businesses activities occurring at the property. Please fill in the form as accurately and completely as possible. The information should be returned to the address shown below.

This form seeks information pertaining to the financial operations of the property identified. This information may be considered to be a "personal record" for individuals completing the form, as defined in State Government Article, § 10-624. Consequently, you have the statutory right to inspect your file and to file a written request to correct or amend any information you believe to be inaccurate or incomplete. Additionally, personal information provided to the State Department of Assessments and Taxation is not generally available for public review. The income and expense information supplied on this form will be held strictly confidential except when disclosure is required to appeal or defend a valuation at the Maryland Tax Court level (Tax-Property Article, § 14-201 (b) (2)). This information is available to officers of the State, county or municipality in their official capacity and to taxing officials of any State or the federal government, as provided by statute. Additionally, if your property would be used by the State Department of Assessments and Taxation as a comparable for purposes of establishing the value of another property in a hearing before the Maryland Tax Court, the requested information or a portion thereof, may be provided to the owner of that other property.

**FORM**
# HTC-60



## State of Maryland
### Department of Assessments and Taxation
## Homeowners' Property Tax Credit Application

20

### Please Read Instructions Before Completing This Application    Answer Every Question Or Mark It Non

| 1. ☐ Mr. ☐ Mrs. ☐ Ms. Last Name *Mussoud* First Name and Middle Initial *Heidary* | 2. Your Social Security Number 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 | 3. Your Birth Date 5-8-49 | 4. Daytime Telephone No. 301-033 |
|---|---|---|---|

5. Full Name of Spouse or Co-Owner living in the property 
6. His/Her Social Security Number
7. His/Her Birth Date

8. Property Address, Number and Street, or Rural Route) *808 Central Avenue* | City, Town, or Post Office *Gaithersbg MD* | County *MD* | Zip Code 20

9. Mailing Address if Different from Above **(Attach explanation why)** | City, Town, or Post Office | County | Zip Code

10. Marital Status ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed   If so, date _____

| 11. Furnish the Following from Your Tax Bill or Assessment Notice | Property Account No. (except Balto. City) | **Ward** | **Sect** | **Block** | **Lot** | Incorporated Town, if Any |
|---|---|---|---|---|---|---|

**For Baltimore City Only**

### ➤ TURN OVER TO OTHER SIDE TO COMPLETE AND SIGN THE APPLICATION

### DO NOT WRITE BELOW - OFFICE USE ONLY

*Mussoud E Marion*
*to*
*Heidary*
*121 Central avenue*
*Gaithersburg MD 20877*

| Co. Code | Mun. Code | Account Number |
|---|---|---|
| 16 | | 0902024792 |

Applicant's Name

Premise Address

Md Entry

| Applicant's Birth Date   MO / YR | ☐ **STATUS** | ☐ **HOLD HARMLESS** | | |
|---|---|---|---|---|
| Social Security #1 | ☐ **USE** | ☐ | Total Assessment 2014/2015 | Appl. # |
| Social Security #2 | Property Description | | Homesite & Dwelling | Homestead Credit |





*Gaithersburg*

*A CHARACTER COUNTS! CITY*

May 15, 2014

VIA HAND DELIVERY &
CERTIFIED MAIL # 7011 3500 0001 8698 9329

Mr. Massoud Heidary
121 Central Avenue
Gaithersburg, MD 20877

Dear Mr. Heidary,

This letter summarizes the May 7, 2014 meeting with City staff and provides a summary of the rules and regulations which must be complied with moving forward.   The following people were in attendance:

Massoud Heidary, Property Owner
Steve Allen, Neighboring Property Owner/Attorney – Attended in capacity of neighbor
Rob Robinson, Long Range Planning Manager
Kevin Roman, Neighborhood Services Division Chief
Allen Meyer, Code Administration Officer II
Lynn Board, City Attorney
Lauren Pruss, Planning Division Chief
Trudy Schwarz, Community Planning Division Chief
John Schlichting, Director of Planning and Code Administration
Cindy Hines, Assistant to the City Manager

City staff provided the following list of property maintenance issues:

- **Unapproved outdoor seating** – The Use and Occupancy (U&O) permit (Attachment #1) provides that the use of the property "is restricted to an off-site catering business with limited on site carry out restaurant" and allows for 28 interior seats, and one of the Planning Commission's conditions on the Amendment to Final Plan Review for Change of Use and Parking Lot Expansion, dated October 6, 2010, (Attachment #2) was that the "carry-out restaurant use shall be limited to 10 percent of the floor area of the building with incidental seating permitted." Currently, the outdoor seating is in violation.

  *Action required:  All outdoor seating must be removed from the property.*

City of Gaithersburg ~ 31 South Summit Avenue, Gaithersburg, Maryland 20877-2038
301-258-6300 ~ FAX 301-948-6149 ~ TTY 301-258-6430 ~ cityhall@gaithersburgmd.gov ~ www.gaithersburgmd.gov

MAYOR                          COUNCIL MEMBERS                    CITY MANAGER
Sidney A. Katz                 Jud Ashman                          Tony Tomasello
                               Cathy C. Drzyzgula
                               Henry F. Marraffa, Jr.
                               Michael A. Sesma
                               Ryan Spiegel



*Gaithersburg*

A CHARACTER COUNTS! CITY

September 2, 2014

355 Grill LLC
r/a Massoud Heidary
303 South Frederick Avenue
Gaithersburg, MD 20877

RE: Municipal Infraction No. 6Z39908833

Dear Owner/Agent:

According to our records, Municipal Infraction Citation No. 6Z39908833, issued on July 25, 2014, to 355 Grill LLC in the amount of $1000.00, has not been paid. A copy of the citation is enclosed.

You are hereby notified if the citation is not satisfied within fifteen days from the date of this notice, the fine will double and the City of Gaithersburg will request adjudication through District Court.

Your cooperation is requested. If you should have any questions, please direct them to me at 301-258-6340.

Sincerely,

Kevin Roman
Neighborhood Services Division Chief
Planning and Code Administration

kr/ls
CNS-2811-2014
Enclosure
cc:    Ivan Humberson, Fire Marshal

| MAYOR | COUNCIL MEMBERS | CITY MANAGER |
|---|---|---|
| Sidney A. Katz | Jud Ashman | Tony Tomasello |
| | Cathy C. Drzyzgula | |
| | Henry F. Marraffa, Jr. | |
| | Michael A. Sesma | |
| | Ryan Spiegel | |





# OFFICIAL RECEIPT

MONTGOMERY COUNTY, MARYLAND

## DEPARTMENT OF FINANCE

## DIVISION OF TREASURY

2011

COUNTY ☑    OUTSIDE ☐

Received From: _Heiday, Massoud_

To redeem 19 _____

To redeem 20 _11_                    Tax Sale - Item _____

Account No.: _00836687_

| | | |
|---|---|---|
| Tax Sale Amount | $ | 3,710.05 |
| Interest | | 46.76 |
| Legal Expenses | | |
| Overpayment | | |
| **TOTAL** | $ | 3,756.81 |

Cash

## PAID

JUL 0 5 2011

DEPT. OF FINANCE
MONTGOMERY CO., MD
CASHIER 4

| GREEN | PINK | YELLOW |
|---|---|---|
| Tax Sale | Cashier | Customer |



*Gaithersburg*

A CHARACTER COUNTS! CITY

March 30, 2016

Via Certified and Regular Mail

Massoud Heidary
121 Central Avenue
Gaithersburg, MD 20877

      Re:    303 S. Frederick Avenue
             Gaithersburg, MD 20877

Dear Mr. Heidary:

    The City of Gaithersburg was conveyed ownership of the real property located at 303 S. Frederick Avenue, Gaithersburg, Maryland on March 23, 2016 from Paradise Point, LLC.  At the time the City took possession of this property, a number of items of personal property remained on the property.

    As a prior owner of the property, the City is providing you with the opportunity to claim any of the personal property located on the premises to which you have an ownership interest.  In order to do so, please contact Kevin Roman, Neighborhood Services Division Chief, at 301-258-6340 or kroman@gaithersburgmd.gov to make arrangements to remove these items from the premises within thirty (30) days of this letter, or by April 29, 2016.  Please note that the property is posted No Trespassing so that any access to the property without making arrangements with Mr. Roman will be considered an unlawful entry onto the property.  Any items that remain on the premises at the end of this thirty (30) day period will be deemed abandoned and will be disposed of by the City.

    Should you have any questions about this matter, please do not hesitate to contact me.

Sincerely,

N. Lynn Board

Cc    Chief Mark Sroka
       Kevin Roman
       Robert F. Haddad
       Lucas I. Dansie, Esquire

City of Gaithersburg • 31 South Summit Avenue, Gaithersburg, Maryland 20877-2038
301-258-6300 • FAX 301-948-6149 • cityhall@gaithersburgmd.gov • www.gaithersburgmd.gov

| MAYOR | COUNCIL MEMBERS | CITY MANAGER |
|---|---|---|
| Jud Ashman | Neil Harris | Tony Tomasello |
| | Henry F. Marraffa, Jr. | |
| | Michael A. Sesma | |
| | Ryan Spiegel | |
| | Robert T. Wu | |



HOUSE COMMITTEE ON FINANCIAL SERVICES

SUBCOMMITTEE ON FINANCIAL INSTITUTIONS
AND CONSUMER CREDIT

SUBCOMMITTEE ON OVERSIGHT AND
INVESTIGATIONS
_____

JOINT ECONOMIC COMMITTEE
_____

WASHINGTON OFFICE:
1632 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
PHONE: (202) 225-2721
FAX: (202) 225-2193

DISTRICT OFFICES:

GAITHERSBURG
9801 WASHINGTONIAN BOULEV/
SUITE 330
GAITHERSBURG, MARYLAND 20
PHONE: (301) 926-0300
FAX: (301) 926-0324
_____

HAGERSTOWN
6 WEST WASHINGTON STREE
SUITE 210
HAGERSTOWN, MARYLAND 21
PHONE: (301) 733-2900
FAX: (301) 926-0324
_____

WEBSITE: HTTP://WWW.DELANEY.HOUSE

## JOHN K. DELANEY
### CONGRESS OF THE UNITED STATES
### 6ᵀᴴ DISTRICT, MARYLAND

June 11, 2014

Mr. Massoud Mike Heidary
121 Central Avenue
Gaithersburg, MD 20877-1219

Dear Mr. Heidary:

Thank you for visiting my District Office concerning the zoning issue related to your carry-out business located at 303 South Frederick Avenue. Mr. Samuels, of my staff whom you have met, discussed the issue at length with Gaithersburg Assistant City Manager Cindy Hines. Ms. Hines was well acquainted with your case.

It is my understanding that the correspondence from the City of Gaithersburg to you dated May 15, 2014 outlines prescribed remedies for your particular zoning issues. Inasmuch, it appears to be in your best interest to continue to work with the City of Gaithersburg to implement the recommended actions set forth in the May 15, 2014 correspondence. Please understand that these requirements apply to everyone who desires to operate a business such as yours within the City of Gaithersburg.

Thank you for giving me the opportunity to assist you. I wish you well as you seek to expand your business and I know that working closely with the City of Gaithersburg and abiding by local zoning ordinances you will be able to fulfill your business plan.

Sincerely,

John K. Delaney
Member of Congress

JKD/js

Senior Internet $·
Month

Frugal Consumer

# Patents by Inventor Massoud Mike Heidary

Massoud Mike Heidary has filed for patents to protect the following inventions. This listing includes patent applications that are pending as well as patents that have already been granted by the United States Patent and Trademark Office (USPTO).

**Charging system for an electric vehicle**
**Patent number:** 11535116
**Abstract:** An Electric Vehicle (EV) charging system and method is disclosed. The system includes EV with a battery, charge control device, a portable transponder. a charging station with energy management device, a cable, a transmitter. The vehicle ID and SoC information is received from the vehicle, and the information is transmitted to the internet server along with charging station ID. The portable transponder is registered with the internet server which includes transponder ID and associated vehicles or vehicle IDs. Once the request for payment authorization is received from the charging station by the server, the server verifies the information and approves or denies the request. Upon approval of the request, the charging can commence. The portable transponder can be used for charging a second vehicle, as long as the second vehicle is also registered with the server.

**Type:** Grant
**Filed:** September 13, 2021
**Date of Patent:** December 27, 2022
**Inventor:** Massoud Mike Heidary

**Fire protection system with fan shut off, including a camera and a display unit**
**Patent number:** 10380862
**Abstract:** The invention relates to system for suppressing the fire and warning to the occupants are disclosed. The described system includes a thermostat and Fan in an HVAC interface with a residential HVAC system, a receiver operable to receive a signal indicating the presence of a fire or smoke, and a processor in communication with the receiver and in response, sends a signal to the HVAC interface to cause the residential HVAC system to be shut down. In addition the system also includes camera system sending signal to a display unit displaying the floor and room number on the screen, thus warning the occupants the location of the fire.
**Type:** Grant
**Filed:** September 17, 2018
**Date of Patent:** August 13, 2019
**Inventor:** Massoud Mike Heidary



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 18/831,448 | 01/30/2025 | | 686 | | 5 | 1 |

Massoud Mike Heidary
121 Central Ave.
Gaithersburg, MD 20877

**CONFIRMATION NO. 6929**

**FILING RECEIPT**

OC000000085072140

Date Mailed: 02/28/2025

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Massoud Mike Heidary, Gaithersburg, MD;

**Applicant(s)**

Massoud Mike Heidary, Gaithersburg, MD;

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications for which priority is claimed** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) **- None.**
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

State of Maryland

MARTIN O'MALLEY
Governor

DEPARTMENT OF ASSESSMENTS AND TAXATION

ROBERT E. YOUNG
Director

Homeowners' / Renters' Tax Credit Program

MICHAEL W. GRIFFIN
Associate Director

December 4, 2014

Heidary Massoud
121 Central Avenue
Gaithersburg, MD 20877

Dear Mr. Massoud,

The Department's records indicate that you were present in Homeowners' Tax Credit
office located at 301 W. Preston Street Room 900 in Baltimore on July 25, 2014. You
advised us that you were referred to our office by the Montgomery County Treasury
Division. If we can be of further assistance please call our office at 410-767-4433 or
1-800-944-7403 toll free within Maryland.

Sincerely,

*Silma Raymond*

Homeowners' Tax Credit Program
Silma Raymond, Program Manager



Administrative Specialist I
Department of Finance
Treasury Division
255 Rockville Pike, Suite L-15
Rockville, Maryland 20850
240-777-8986
240-777-8947 FAX

candice.courtney@montgomerycountymd.gov 



**SETH A. AGBESHIE**
Revenue Collections Manager

Department of Finance
Treasury Division
255 Rockville Pike, Suite L-15
Rockville, Maryland 20850
240-777-8975
240-777-8996  FAX
240-777-8956  TTY

seth.agbeshie@montgomerycountymd.gov

**SunTrust**

**Official Check**
VOID OVER  2,225.28

456202573⸽
67-276/643

4434662-UMGYO                                    JULY 03, 2014

$2,225.28

**Non-Negotiable**

TWO THOUSAND TWO HUNDRED TWENTY FIVE DOLLARS AND 28 CENTS

Pay To The
Order Of _____ ********** ************ PARADISE POINT LLC *****************

**Customer Copy**

Purchaser _____ ****** MASSOUD HEIDARY **********

**Non-Negotiable**

Memo _____
630018 (8/12)

## This Is Not A Check - Customer Copy - This Is Not A Check

From: Massoud Heidary
121 Central Avenue,
Gaithersburg, Md 20877


To:
6500 Cherrywood Lane
Greenbelt, MD 20770


Regarding: My complaint                              April 2, 2025


Dear Honorable Sir/Madam:


I am writing to file my complaints with your respected office about my loss of business and property located at 303 South Frederick Avenue, Gaithersburg, Md 20877.  I am a 77 years old man with 50 years of hard work experience in this great county, which as a citizen I am very proud of.

I am filing this complaint to your honorable office to get your assistance to get a fair judgement on my disputes with the City of Gaithersburg and Montgomery County who unjustly have possessed my property located at the above address.   I filed a complaint with special appeal court of Maryland as stated here. My first complaint to their office was the removal of the settlement conference which was done on 12/09/2021 (the case supposed to go to settlement with Jury trial); this removal was done in spite of the order of Court of Special Appeals to go forward.

My second complaint is that the City of Gaithersburg and Montgomery County converted my case number 484817-v to three different cases (which caused me a problem, because at the same time, it is not permitted to have three cases in the special appeal court). Dividing a case to three different cases resulted in a situation where the timing issue for each case become a problem. Montgomery County claimed that I didn't file my response on a timely manner, whereas according to original case, before splitting, my response was on time. Separating my case to three different cases created a gap between the timing, whereas the original case didn't have this problem.

As a result of their unjust actions, they took possession of my property located at the above address without any compensation to me; and now the City of Gaithersburg has my property.

At the age of 77, with the stress which has been generated by this case, with heart problems, I am very much in desperate help from your good offices. I request your good offices to look into my complaint, because I am on the verge of being very poor and seeking welfare assistant after 50 years of hard work as a businessman and inventor. I worked so hard and registered four patents in the field of electrical engineering (copies attached).  Looking forward to hear from your good offices.

1. Attached please find copies of my correspondences and tax payments to Montgomery County.
2. Attached please find copies of my communication with the Department of Assessment and Taxation
3. Attached Please find certificate of the service form to Montgomery County and the City of Gaithersburg
4. Attached please find copies of all other communications (each year) with related parties including Montgomery County, City of Gaithersburg and Paradise Point LLC
5. Attached please find copies of my credentials as a certified electrician, inventor and other accomplishments.

As I stated I am desperately in the need of your assistance to receive a fair and just ruling on my case. I hate to see myself to end up on well fair roll after so many years of hard work in this great community. My American dream has gone to a feeling of desperation and disappointment.

Best Regards:

Massoud Heidary

From: Massoud Heidary
121 Central Avenue
Gaithersburg, Maryland 20877
Massoud1.mh@gmail.com


February 18, 2025
By: Hand-delivered

**United States Court of Appeal for Federal Circuit**
**717 Madison Place, NW**
**Washington DC 20439**

Re: Heidary v. Amazon.com, Inc & Ring LLC, Case No. 24-1580

A brief history of my background:

I am a 74 years master electrician with expertise in multiple areas including HAVC systems, and other related electrical engineering activities and residential and commercial constructions.

I was a successful businessman in IT and electrical engineering field with my own property and real estate. In 2014 due to mistakes committed by tax agency in Montgomery County of Maryland, I lost everything that I owned. I was a contractor with Pepco, which I identified several problems with newly used LED Lights and I recommended certain changes with the help of Maryland commissioner and engineers from Lockheed Martins to Pepco cooperation. For Pepco's case unfortunately I didn't register my invention and I couldn't file a claim. I learned from that mistakes and I patented my new two inventions including smoke detector with the camera system and monitoring and display system. I also have patented a charging system for Electrical Vehicles. I also recently I have applied for two new inventions (see attachment),one is a mobile Windmill system for EV cars and the other one is a system facilitating multi-floor communication with video interface. Unfortunately, due to my of financial situation, I cannot hire an attorney to assist me and, as you can see I haven't benefited from my inventios. I am very appreciative to the fact that the respected judges have changed my case from dismissal to rule 41. I am respectfully requesting the court protect my rights from Amazon and Ring LLC. I respectfully request a rehearing of my case with all the involved judges based on rule EN-BNC. I am extremely grateful to the judicial system allowing me to request this rehearing (I have dedicated almost 50 years of my life to this great country and I worked and contributed positively to this nation, it is very unfair at this old age to be forced to go to well fair for my survival) .

*M N/ASSOUD HEIDARY*

Plaintiff:

Massoud Heidary

121 Central Ave

Gaithersburg, MD 20877

Vs.

Montgomery County, Maryland
255 Rockville Pike   MD 20850
To whom it may concern: Rockville

COMPLAINT

I Massoud Heidary paid the real estate tax in 2011 for tax year 2011 for the following property. 909 South Frederick Ave, Gaithersburg MD 20877. Due a tree falling on the building, I lost a lot of the documentation that were related to the RE tax. In 2014 I received a letter from the Montgomery County Tax Office that I had not made my payment. Immediately after getting the letter I went to the Montgomery County Maryland Tax Office to rectify this issue. I was instructed by Seth A. Agbeshe that I need to contact Dansie and Dansie LLP as they bought the lein or taxes owed.

After talking to Dansie and Dansie LLP, I immediately sent them a check in the amount of $2,225.28 for the amount they requested (please their letter). I received the release letter from them on July 14th /15th of 2014. This letter stated that I was now able to pay the delinquent taxes.

I took the release letter and all corresponding information to the Montgomery County Tax Office to pay the delinquent RE Taxes. When I spoke to the Montgomery County Rep, I was told that I needed to pay 2011, 2012, 2013 and 2014 Taxes. I told the rep. that I had already paid the 2011 taxes. Then I was instructed that I needed to go to the Baltimore Office to further discuss this with them.

I went to the Assessment and Taxation Office in Baltimore. I spoke with the rep. at the Baltimore Office and I explained to her my situation. She collect my personal information i.e. name, social, address etc. They told me that they would be contact with me. 3 days late I contacted them again, I was instructed to go to the Rockville Office. I went to the Rockville Office. I spoke with them and they said they had to contact Dansie and Dansie – that was Aug 2nd or Aug 3rd. I personally called Dansie and Dansie LLP several times but I got the run around. All they said is we will get back to you. After 3 weeks with no correspondence, I decided to hire an attorney and I was instructed that I / We can file an appeal. This case went to a special appeal. After the appeal decision, I realized what was happening.

Paradise Point LLC and their Attorney Dansie and Dansie LLP are acting in a very deceptive manner. I made every effort to comply with their requests. They knew that I was in need and that I was low on cash. They knew I needed to pay 17k -18k but didn't disclose that. They even delayed sending the forms on purpose. They played this trick so they can acquire the property via an auction.

This is unfair and I believe it's also illegal. I talked to many attorney in MD, DC and Virginia, all stated that this was common and that these companies prey on people like me. (if the judge knew that I paid them, they wouldn't have put the property on the auction)

MASSOUD HEIDARY   2/28/16

E 7

3º/633-1115